# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL TRACY MCLAUGHLIN,
Appellant,

vs.

BRIAN WILLIAMS, WARDEN; NDOC;
OMD; AND THE STATE OF NEVADA,
Respondents.

No. 71981

FILED

FEB 1 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on December 15, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Linda Marie Bell, District Judge
      Michael Tracy McLaughlin
      Attorney General/Carson City
      Eighth District Court Clerk

17-05766